IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY TOWERS PHILLY, LP, | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 18-CV-4357 |
| | : | |
| AMERICAN TOWER CORPORATION and T-MOBILE USA, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of March, 2019, upon consideration of the Motion of Defendant American Tower Corporation (ATC) to Dismiss Plaintiff's First Amended Complaint (Doc. No. 15), and Plaintiff's Response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's First Amended Complaint is DISMISSED as to Moving Defendant.

IT IS FURTHER ORDERED that Plaintiff is given twenty (20) days from the entry date of this Order to file a Second Amended Complaint correcting the noted deficiencies should it so desire.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.