IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY TOWERS PHILLY LP,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ULYSSES ASSET SUB II, LLC, an indirectly held and wholly owned subsidiary of American Tower Corporation, and JOHN DOES/ABC CORP.1-10,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  18-4357 |

**ORDER**

AND NOW, this 6th day of July, 2020, upon consideration of the Motion for Summary Judgment of Defendant, Ulysses Asset Sub II, LLC (Doc. No. 40), it is hereby ORDERED that the Motion for Summary Judgment of Defendant, Ulysses Asset Sub II, LLC (Doc. No. 40) is DENIED in part and GRANTED in part.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ J. Curtis Joyner
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. CURTIS JOYNER, J.