IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY TOWERS PHILLY LP,<br>      Plaintiff,<br><br>   v.<br><br>ULYSSES ASSET SUB II, LLC,<br>      Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  18-4357 |

**ORDER**

   AND NOW, this  22nd day of October, 2020, it having been reported that the issues between the parties in the above action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of the parties, without costs.

                                    BY THE COURT:

                                     s/ J. Curtis Joyner
                                    _____
                                    J. CURTIS JOYNER, J.